UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. **2:22-CV-1039-TLN-JDP**<br><br>**ORDER** |

Good cause appearing to support the parties' stipulation to extend the case deadlines, IT IS HEREBY ORDERED that the Court's Scheduling Order of September 14, 2022 is hereby modified as follows:

| | |
|---|---|
| Amendment of pleadings: | May 12, 2023 |
| Non-expert discovery: | November 17, 2023 |
| Expert disclosures: | January 19, 2024 |
| Supplemental expert disclosure: | February 16, 2024 |
| Close of expert discovery: | April 11, 2024 |
| Dispositive motion filing deadline: | May 15, 2024 |

**SO ORDERED.**

DATED:  April 5, 2023

　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge