UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. **2:22-CV-1039-TLN-JDP**<br><br>**ORDER** |

Good cause appearing to support the parties' stipulation to extend the case deadlines, IT IS HEREBY ORDERED that the Court's Scheduling Order of April 5, 2023, is hereby modified as follows:

**Deadlines relating to MSPB challenge**

| | |
|---|---|
| Defendant to lodge administrative record | March 1, 2024 |
| Plaintiff's Motion for Summary Judgment | May 10, 2024 |
| Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion | June 10, 2024 |
| Plaintiff's Combined Reply and Opposition to Defendant's Cross-Motion | June 24, 2024 |
| Defendant's Reply | July 9, 2024 |

**Dates relating to discrimination/retaliation claims**

| | |
|---|---|
| Non-expert discovery | April 26, 2024 |
| Expert disclosures | June 21, 2024 |
| Supplemental expert disclosures | July 26, 2024 |
| Close of expert discovery | September 13, 2024 |
| Dispositive motion deadline | 60 days after cross-motions on MSPB challenge are ruled upon. Briefing and hearing shall be per Local Rules. |

1     **SO ORDERED.**

3   DATED: September 27, 2023

                                            Troy L. Nunley
                                            United States District Judge