UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>                    Defendants. | Case No. 2:22-CV-1039-TLN-JDP<br><br>**ORDER** |

Good cause appearing to support the parties' stipulation to extend the case deadlines, IT IS HEREBY ORDERED that the Court's Scheduling Order of October 13, 2023, is hereby modified as follows:

**Deadlines relating to MSPB challenge**

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | September 6, 2024 |
| Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion | October 11, 2024 |
| Plaintiff's Combined Reply and Opposition to Defendant's Cross-Motion | October 25, 2024 |
| Defendant's Reply | November 8, 2024 |

**Dates relating to discrimination/retaliation claims**

| | |
|---|---|
| Non-expert discovery | August 30, 2024 |
| Expert disclosures | October 25, 2024 |
| Supplemental expert disclosures | November 29, 2024 |
| Close of expert discovery | January 17, 2025 |
| Dispositive motion deadline | 60 days after cross-motions on MSPB challenge are ruled upon.  Briefing and hearing shall be per Local Rules. |

1

1 **SO ORDERED.**

2

3 DATED: March 22, 2024

4 Troy L. Nunley
United States District Judge

2