UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>         Defendants. | Case No. **2:22-CV-1039-TLN-JDP**<br><br>**ORDER** |

The parties, having stipulated to a modified schedule, the court GRANTS the stipulation as follows:

The schedule is modified as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 8, 2024 |
| Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: | November 8, 2024 |
| Plaintiff's Combined Reply and Opposition to Defendant's Cross-Motion: | November 25, 2024 |
| Defendant's Reply: | December 12, 2024 |
| Non-expert discovery: | December 9, 2024 |
| Expert disclosures: | February 7, 2025 |
| Supplemental expert disclosure: | March 7, 2025 |
| Close of expert discovery: | May 2, 2025 |
| Dispositive motion deadline: | 60 days after cross motions on MSPB challenge are ruled upon or 60 days after the close of expert discovery, whichever is later.  Briefing and hearing shall be per Local Rules. |

1

    **IT IS SO ORDERED.**

DATE: August 2, 2024

_____
Troy L. Nunley
United States District Judge

2