UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHERINE NAHMENS,

                    Plaintiffs,

            v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

                    Defendants.

Case No. **2:22-CV-01039-TLN-JDP**

**ORDER**

The parties, having stipulated to a modified schedule, the court GRANTS the stipulation as follows:

The schedule is modified as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 16, 2024 |
| Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: | November 22, 2024 |
| Plaintiff's Combined Reply and Opposition to Defendant's Cross-Motion: | December 6, 2024 |
| Defendant's Reply: | December 20, 2024 |
| Non-expert discovery: | January 31, 2025 |
| Expert disclosures: | February 14, 2025 |
| Supplemental expert disclosure: | March 7, 2025 |
| Close of expert discovery: | May 2, 2025 |
| Dispositive motion deadline: | 60 days after cross motions on MSPB challenge are ruled upon or 60 days after the close of expert discovery, whichever is later.  Briefing and hearing shall be per Local Rules. |

1

2       **IT IS SO ORDERED.**

3

4

5   DATE: October 9, 2024

6                                       CHIEF JUDGE TROY L. NUNLEY
                                        UNITED STATES DISTRICT COURT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28