UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHERINE NAHMENS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. **2:22-CV-1039-TLN-JDP**

**ORDER**

The parties, having stipulated to a modified schedule, the court GRANTS the stipulation as follows:

The schedule is modified as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 25, 2024 |
| Defendant's Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: | December 6, 2024 |
| Plaintiff's Combined Reply and Opposition to Defendant's Cross-Motion: | December 20, 2024 |
| Defendant's Reply: | January 17, 2025 |
| Non-expert discovery: | February 14, 2025 |
| Expert disclosures: | February 28, 2025 |
| Supplemental expert disclosure: | March 21, 2025 |
| Close of expert discovery: | May 2, 2025 |
| Dispositive motion deadline: | 60 days after cross motions on MSPB challenge are ruled upon or 60 days after the close of expert discovery, whichever is later. Briefing and hearing shall be per Local Rules. |

**IT IS SO ORDERED.**

DATE: October 16, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE