PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant Thomas Vilsack
Secretary of the United States Department of Agriculture

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>                              Plaintiff,<br><br>                    v.<br><br>THOMAS VILSACK, SECRETARY OF THE<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>                              Defendant. | CASE NO.  2:22-CV-01039-TLN-JDP<br><br>**DEFENDANT'S REQUEST TO EXCEED PAGE LIMITS; ORDER** |

        Defendant Thomas Vilsack in his official capacity as Secretary of the United States Department

of Agriculture ("USDA") seeks leave from the Court to file a lengthier document, as follows:

        1.      The Court's Initial Pretrial Scheduling Order (ECF No. 3) and Civil Standing Order as

found on the Court's website, places a page limit for points and authorities (exclusive of exhibits and

other supporting documentation) of twenty (20) pages on all initial moving papers, twenty (20) pages for

oppositions.  A party may seek leave from the Court to file a lengthier document.  The request must set

forth any and all reasons for any increase in page limits and be filed at least fourteen (14) days prior to

the filing of the motion.

///

///

///

2.      In this case, the Plaintiff has filed a Motion for Summary Judgment/Appeal of MSPB Decision (ECF No. 53), which was 25 pages long and exceeded the page limit and was later reduced to the maximum of 20 pages.  Dkt. 56.  The motion is based upon an Administrative Record which is over 3117 pages long including a decision by the MSPB which is 91 pages.  Dkt. 28.

3.      Pursuant to the amended scheduling order, the Defendant is authorized to file a Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion by December 6, 2024.  Dkt. 52.  14 days prior to the filing of this motion is Friday, November 22, 2024.

4.      Because of the length of the record and the number of matters being addressed, and because the Defendant will respond to all the plaintiff's arguments and make a counter motion for summary judgment in one combined document, good cause exists to allow the Defendant to exceed the page limits.  The undersigned will endeavor to make the document as concise as possible, but in an abundance of caution, requests an additional 5 pages.

For these reasons, the Defendant requests that the page limit be set at 25 pages exclusive of any tables.

Respectfully submitted,

Dated:  November 20, 2024

PHILLIP A. TALBERT
UNITED STATES ATTORNEY


/s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the United States

**ORDER**

The Defendant is authorized to file a Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion which is up to 25 pages long.

DATED:  November 21, 2024

Troy L. Nunley
Chief United States District Judge