MICHELE BECKWITH
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant Thomas Vilsack

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>                Plaintiff,<br>v.<br><br>THOMAS VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>                Defendant. | CASE NO. 2:22-CV-1039-TLN-JDP<br><br>**STIPULATION TO ALLOW THE DEPOSITION OF PLAINTIFF; ORDER** |

      Plaintiff Catherine Nahmens and Defendant United States Department of Agriculture (USDA), Secretary Thomas Vilsack (Vilsack) (collectively "the parties"), stipulate, by and through their undersigned counsel, and request that the time to take the deposition of Catherine Nahmens be extended past the non-expert discovery cutoff which is February 14, 2025. *See* Dkt. 52.

      Vilsack requested deposition dates for Plaintiff on January 22, 2025, and set her deposition for February 13, 2025. Plaintiff's counsel indicated that he was unavailable at that time or any other time until the last two weeks of March 2025, and the deposition could not go forward as scheduled. The parties would like to take the Plaintiff's deposition at a time more convenient to all. The parties have tentatively agreed to take the deposition on March 25, 2025, at 10:00 a.m. by video. The parties state that their request is made in good faith, that good cause exists for the request, and that it is not being made for dilatory or any improper purposes.

///

Accordingly, the parties stipulate and agree that Vilsack should be allowed to take the Plaintiff's deposition no later than March 28, 2025, which is enough flexibility to accommodate scheduling demands. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: February 4, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

[Per email consent 2/4/2025]

/s/ Thomas Dimitre
THOMAS DIMITRE

Attorney for Plaintiff

**ORDER**

Having reviewed the stipulation submitted by the parties, Vilsack is authorized to take the Plaintiff's deposition on March 25, 2025, at 10:00 a.m., or at any time agreeable to the parties that is prior to March 28, 2025. This will not result in any other changes to the scheduling order (Dkt. 52).

Dated: February 5, 2025

Troy L. Nunley
Chief United States District Judge

STIPULATION TO ALLOW THE DEPOSITION OF PLAINTIFF; ORDER

2