MICHELE BECKWITH
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant Thomas Vilsack

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>                                  Plaintiff,<br>v.<br><br>THOMAS VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>                                  Defendant. | CASE NO. 2:22-CV-1039-TLN-JDP<br><br>**SECOND STIPULATION TO ALLOW THE DEPOSITION OF PLAINTIFF; ORDER** |

     Plaintiff Catherine Nahmens and Defendant United States Department of Agriculture (USDA), Secretary Thomas Vilsack (Vilsack) (collectively "the parties"), stipulate, by and through their undersigned counsel, and request that the time to take the deposition of Catherine Nahmens be extended past the non-expert discovery cutoff which is February 14, 2025. *See* Dkt. 52.

     The parties previously stipulated to an extension of time for the deposition of the Plaintiff. Dkt. 67, 68. Since then, the Plaintiff has taken a new job starting March 17, 2025, and cannot get leave for the March 25, 2025, deposition without endangering her employment. The parties have tentatively agreed to take the deposition on May 6, 2025, at 10:00 a.m. by video. The parties state that their request is made in good faith, that good cause exists for the request, and that it is not being made for dilatory or any improper purposes.

///

///

Accordingly, the parties stipulate and agree that Vilsack should be allowed to take the Plaintiff's deposition on May 6, 2025, to accommodate scheduling demands. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  March 21, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated:  March 21, 2025

[Per email consent 3/21/25]

/s/ Thomas Dimitre
THOMAS DIMITRE

Attorney for Plaintiff

**ORDER**

Having reviewed the stipulation submitted by the parties, Vilsack is authorized to take the Plaintiff's deposition on May 6, 2025, at 10:00 a.m.  This will not result in any other changes to the scheduling order (Dkt. 52).

Dated:  March 21, 2025

_____
Troy L. Nunley
Chief United States District Judge