KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant Brook Rollins
Secretary of the United States Department of Agriculture

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CATHERINE NAHMENS, | CASE NO. 2:22-CV-01039-TLN-JDP |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST TO EXCEED PAGE LIMITS; ORDER** |
| v. | |
| BROOK ROLLINS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

Defendant Brook Rollins in her official capacity as Secretary of the United States Department of Agriculture ("USDA") seeks leave from the Court to file a lengthier document, as follows:

1. The Court's Initial Pretrial Scheduling Order (ECF No. 3) and Civil Standing Order as found on the Court's website, places a page limit for points and authorities (exclusive of exhibits and other supporting documentation) of twenty (20) pages on all initial moving papers, twenty (20) pages for oppositions. A party may seek leave from the Court to file a lengthier document. The request must set forth any and all reasons for any increase in page limits and be filed at least fourteen (14) days prior to the filing of the motion.

2. In this case, the dispositive motion deadline is set for 60 days after cross motions on MSPB challenge are ruled upon or 60 days after the close of expert discovery, whichever is later. Dkt. 52. On June 13, 2025, the Court entered an order denying Plaintiff's Motion for Summary Judgment

and Granting USDA's Cross-Motion for Summary Judgment on the MSPB issues. Dkt. 71. Thus, the last day to file dispositive motions on the non-MSPB claims is August 12, 2025. 14 days prior to the filing of this motion is Tuesday, July 29, 2025.

3.  USDA intends to file a dispositive motion on the non-MSPB claims and has met and conferred with opposing counsel. The record in this case is lengthy. For example, the Administrative Record upon which the MSPB claims were based is over 3117 pages long including a decision by the MSPB which is 91 pages. Dkt. 28. The Third Amended Complaint, which itself is 26 pages, involves several EEO claims and involves multiple theories. Dkt. 50.

4.  Because of the length of the record and the number of matters being addressed, and because the USDA will respond to all the Plaintiff's claims, good cause exists to allow USDA to exceed the page limits. The undersigned will endeavor to make the document as concise as possible, but in an abundance of caution, requests an additional 10 pages.

For these reasons, USDA requests that the page limit be set at 30 pages exclusive of any tables.

Respectfully submitted,

Dated: July 18, 2025   KIMBERLY A. SANCHEZ
ACTING UNITED STATES ATTORNEY

/s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the United States

**ORDER**

The Defendant USDA is authorized to file a Motion for Summary Judgment which is up to 30 pages long.

DATE: July 18, 2025

_____
Troy L. Nunley
Chief United States District Judge