UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>            Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>            Defendants. | Case No. **2:22-CV-1039-TLN-JDP**<br><br>**ORDER** |

The parties, having stipulated to allowing Plaintiff up to 25 pages to file her response to Defendant's motion for summary judgment, the Court orders the following:

Plaintiff's response to Defendant's motion for summary judgment may have up to 25 pages.

**IT IS SO ORDERED.**

DATED: September 25, 2025

_____
Troy L. Nunley
Chief United States District Judge