ERIC GRANT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant Brooke Rollins
Secretary of the United States Department of Agriculture

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE NAHMENS,<br><br>             Plaintiff,<br><br>      v.<br><br>BROOKE ROLLINS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>             Defendant. | CASE NO. 2:22-CV-1039-TLN-JDP<br><br>**STIPULATION FOR EXTENTION OF TIME FOR DEFENDANT TO REPLY AND RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>DATE:<br>TIME:<br>COURT: Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor |

Brooke Rollins, Secretary of the United States Department of Agriculture, Defendant, and Catherine Nahmens, Plaintiff, by and through their respective counsel of record here by stipulate to the extension of time for the Defendant to reply and respond to the Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

3. Undersigned counsel for the Department of Justice therefore requests and, counsel for Plaintiff agrees to an extension of the time to reply/respond to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment until Congress has restored appropriations to the Department.

4. If this request is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

Therefore, the parties hereby stipulate to an extension of the extension of the time for Defendant to reply/respond to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment in this case until fourteen days (14) after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: October 1, 2025

ERIC GRANT
United States Attorney

By: /s/ Jefffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the USDA

Dated: October 1, 2025

THOMAS DIMITRE ATTORNEY AT LAW LLC

By: [approved 10.1.2025]

/s/ *Thomas Dimitre*
Thomas Dimitre
Attorney for Plaintiff Cathrine Nahmens

**ORDER**

Good cause being established, the stipulation for extension of time is granted. The time for Defendant to reply/respond to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment in this case shall be extended until fourteen days (14) after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

IT IS SO ORDERED.

Dated: October 1, 2025

_____
Troy L. Nunley
Chief United States District Judge